UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.S.H. PIERRE RANDALL ROMANOV,<br><br>Petitioner<br><br>v.<br><br>CARL WOFFORD, Warden,<br><br>Respondent. | Case No. CV 13-7580-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 30, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE